1 | DUANE B. BEESON, SBN 20215
BEESON, TAYER & BODINE, PC
2 | 1404 Franklin Street, 5th Floor
Oakland, CA 94612
3 | Telephone:   (510) 625-9700
Facsimile:   (510) 625-8275
4 | Email:   dbeeson@beesontayer.com

5 | Attorneys for Plaintiff
Northern California Media Workers Guild, Local 39521, Typographical Sector
6 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA MEDIA WORKERS GUILD, LOCAL 39521, TYPOGRAPHICAL SECTOR,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOSE MERCURY NEWS,<br><br>Defendant | Case No. C07-02637 PVT<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT & COURT DOCUMENTS** |

PROOF OF SERVICE
Case No. C-07-2637 PVT
63584.doc

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA MEDIA WORKERS GUILD, LOCAL 39521, TYPOGRAPHICAL SECTOR

V.

SAN JOSE MERCURY NEWS

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07-02637 PVT

TO: (Name and address of defendant)

SAN JOSE MERCURY NEWS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DUANE B. BEESON, SBN 20215
BEESON, TAYER & BODINE
1404 Franklin Street, 5th Floor
Oakland, CA 94612

Telephone: (510) 625-9700

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE MAY 17 2007

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DUANE B. BEESON, ESQ. (20215)<br>BEESON, TAYER & BODINE<br>1404 Franklin Street, 5th Floor<br>Oakland, California 94612 | (510) 625-9700 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2477751 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>NORTHERN CALIFORNIA MEDIA, etc., et al. | | |
| Defendant:<br>SAN JOSE MERCURY NEWS | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 07-2637 PVT |
|---|---|---|---|---|

I, Zac A. Swigart, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION; WELCOME TO THE COURT PACKET; [BLANK] ADR FORMS

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : SAN JOSE MERCURY NEWS

By Serving       : TERESA LEUNG, Legal Clerk/Authorized to Accept Service of Process

Address          : 750 Ridder Park Drive , San Jose, California  95190
Date & Time      : Tuesday, May 29, 2007 @ 12:36 p.m.
Witness fees were : Not applicable.

Person serving:
Zac A. Swigart
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 14
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 30, 2007                    Signature: _____
                                                 Zac A. Swigart

Printed on recycled paper