| | |
|---|---|
| 1 | RICHARD A. LEASIA SBN 73397 |
|   | rleasia@thelen.com |
| 2 | DANIEL J. MULLER SBN 193396 |
|   | dmuller@thelen.com |
| 3 | THELEN REID BROWN RAYSMAN & STEINER LLP |
|   | 225 West Santa Clara Street, Suite 1200 |
| 4 | San Jose, CA  95113 |
|   | Tel. 408.292.5800 |
| 5 | Fax 408.287.8040 |
| 6 | Attorneys for Defendant San Jose Mercury News |
|   | SAN JOSE MERCURY NEWS |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA MEDIA WORKERS GUILD, LOCAL 39521, TYPOGRAPHICAL SECTOR, | Case No.: C07-02637 PVT |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| SAN JOSE MERCURY NEWS, | |
| Defendant. | |

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent corporations)
3  or other entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  The San Jose Mercury News is owned by the California Newspapers Partnership ("CNP").
7  CNP is a partnership consisting of subsidiaries owned by MediaNews, Inc., Stephens Media, LLC,
8  and the Gannett Company, Inc.

9  Dated:  June 18, 2007

10                                    THELEN REID BROWN RAYSMAN & STEINER LLP

12                                    By _____/s/_____
                                         Richard A. Leasia
13                                       Attorneys for Defendant
                                         San Jose Mercury News