E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Northern California Media Workers Guild, Local 39521, Typographical Sector

Plaintiff(s),

v.

San Jose Mercury News,

Defendant(s).

No. C 07-02637

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/25/07

Signature: Dean B. Beeson

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")