1  DUANE B. BEESON, SBN 20215
   **BEESON, TAYER & BODINE, APC**
2  1404 Franklin Street, 5th Floor
   Oakland, CA 94612
3  Telephone:    (510) 625-9700
   Facsimile:    (510) 625-8275
4  Email:        dbeeson@beesontayer.com

5  Attorneys for Plaintiff
   Northern California Media Workers Guild, Local 39521
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT CALIFORNIA

10

11 | NORTHERN CALIFORNIA MEDIA       | Case No. C07-02637 JW
   | WORKERS GUILD, LOCAL 39521,
12 | TYPOGRAPHICAL SECTOR,           | **STIPULATION FOR DISMISSAL OF COMPLAINT**
13 |
   |             Plaintiff,          | [FRCP 41(a)(1)(i)(i)
14 |
15 |     v.                          | Complaint Filed:  May 17, 2007
   |                                 | Trial Date:       None Set
16 | SAN JOSE MERCURY NEWS,
17 |             Defendant

---

**STIPULATION FOR DISMISSAL OF COMPLAINT**
Case No. C07-02637 JW
68438.doc

1  TO:    CLERK OF THE COURT

2      Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that

3  this action shall be dismissed pursuant to their settlement agreement. The Defendant has filed an

4  Answer and Certificate of Interested Entities.

5  Date:   September 4, 2007          BEESON, TAYER & BODINE, APC

7                                By:   /s/Duane B. Beeson
                              DUANE B. BEESON
                              Attorneys for Plaintiff
8                                N. CA Media Workers Guild, Local 39521

9  Date:   September 2, 2007

11                               By:
                              RICHARD A. LEISTA
12                               Attorneys for Defendant
                              San Jose Mercury News

**STIPULATION FOR DISMISSAL OF COMPLAINT**
Case No. C07-02637 JW
68438.doc