DUANE B. BEESON, SBN 20215
**BEESON, TAYER & BODINE, APC**
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: dbeeson@beesontayer.com

Attorneys for Plaintiff
Northern California Media Workers Guild, Local 39521

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA MEDIA WORKERS GUILD, LOCAL 39521, TYPOGRAPHICAL SECTOR,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOSE MERCURY NEWS,<br><br>Defendant | Case No. C07-02637 JW<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT**<br><br>[FRCP 41(a)(1)(i)(i)<br><br>Complaint Filed: May 17, 2007<br>Trial Date: None Set |

1  TO:   CLERK OF THE COURT

2      Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that
3  this action shall be dismissed pursuant to their settlement agreement. The Defendant has filed an
4  Answer and Certificate of Interested Entities.

5  Date:   September 4, 2007        BEESON, TAYER & BODINE, APC

6
7                    By:   /s/Duane B. Beeson
                  DUANE B. BEESON
                  Attorneys for Plaintiff
8                    N. CA Media Workers Guild, Local 39521

9  Date: September 2, 2007

10
11                    By:
                  RICHARD A. LEISTA
12                    Attorneys for Defendant
                  San Jose Mercury News
13

14

15  **IT IS SO ORDERED**:
    The case is Dismissed pursuant to the parties stipulation and settlement agreement. The
16  Clerk shall close the file. All pending dates are vacated and taken off calendar.

17
18  Date: September 12, 2007
                  JAMES WARE
19                    U.S. District Judge

20
21
22
23
24
25
26
27
28

**STIPULATION FOR DISMISSAL OF COMPLAINT**
Case No. C07-02637 JW
68438.doc